## POE v. ACME BUILDERS

No. 422P84.

Case below: 69 N.C. App. 147.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 28 August 1984.

## PRESBYTERIAN HOSPITAL v. McCARTHA

No. 83P84.

Case below: 66 N.C. App. 177.

Plaintiff's petition for reconsideration is allowed 28 August 1984. That portion of the Court's order of 6 July 1984, 311 N.C. 403, which regards plaintiff's petition for discretionary review is hereby amended as follows:

Allowed with review limited to the question of whether the doctrine of necessities should be applied to this case if the plaintiff (1) can or (2) cannot establish that the wife was the supporting spouse at the time the medical services were furnished. Briefs and argument will be limited accordingly.

## RAYMER v. RAYMER

No. 322P84.

Case below: 68 N.C. App. 788.

Petition by defendant for discretionary review under G.S. 7A-31 denied 28 August 1984.

## ROBINSON v. KING

No. 280P84.

Case below: 68 N.C. App. 86.

Petition by several defendants for discretionary review under G.S. 7A-31 denied 28 August 1984.